IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO. 14-20038-001　　　　　　　USA v. MATTHEW McMULLEN

COURT PERSONNEL:　　　　　　　　　　APPEARANCES:

Judge:　　P. K. HOLMES, III　　　　　　Government:　　DUSTIN ROBERTS

Clerk:　　JANE ANN SHORT　　　　　　Defendant:　　JAMES PIERCE

Reporter:　RICK CONGDON

### SENTENCING MINUTES

On this date the above-named defendant appeared in person and with counsel for sentencing.

- (X)　Inquiry made that defendant is satisfied with counsel.
- (X)　Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X)　Presentence investigation report reviewed in open court.
- (X)　Court expressed final approval of plea agreement.
- (X)　Attorney for government afforded opportunity to make statement to court.
- (X)　Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X)　Defendant afforded opportunity to make statement.
- (X)　Court proceeded to impose sentence as follows:

    60 months imprisonment; 5 years supervised release; no fine imposed.

- (X)　Defendant ordered to comply with standard conditions of supervised release.
- (X)　Defendant ordered to comply with the following special conditions of supervised release:

    Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

    Defendant shall submit his person, residence, place of business or employment, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by the U.S. Probation Office based upon reasonable suspicion of criminal activity or violation of any condition of supervised release.

    Defendant shall have no unsupervised contact with minors.

    Defendant shall submit to inpatient or outpatient mental health and/or sex offender evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

- (X)　Defendant ordered to pay total special assessment of $100.00 for Count 1, which shall be due immediately.

Case No. 14-20038-001

(X)    Final order of forfeiture will be entered at a later date.
(X)    Defendant advised of right to appeal sentence imposed.
(X)    Government's motion to dismiss Counts 2 through 5 granted by the court.
(X)    Defendant remanded to custody of the USMS.

DATE:   May 6, 2015

Proceeding began:      10:52 am

ended:      11:21 am